IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02288-PAB-KMT

RE/MAX, LLC,

    Plaintiff,

v.

MIK, INC.,
GREGORY A. VANNETTA,
GEORGE IRISH,
RUSS KLINE, and,
JOSEPH MURRAY,

    Defendants.

---

## MINUTE ORDER

**Order Entered By Judge Philip A. Brimmer**

    This matter is before the Court on the joint motion [Docket No. 7] for an order setting the briefing schedule on plaintiff's petition to compel arbitration [Docket No. 1]. Plaintiff filed a motion for an expedited order in support of a petition to compel arbitration and for an injunction [Docket No. 2] on September 17, 2010, in which it seeks the relief requested in its petition to compel arbitration. Under the Local Rules, briefing deadlines are automatically in effect for that motion. D.C.COLO.LCivR 7.1C. To the extent the parties have mutually agreed to file their briefs before the expiration of the relevant time periods, they need no order from the Court to do so. Otherwise, defendants' response to plaintiff's motion is due October 11, 2010, and plaintiff's reply is due within 14 days after the date of service of the response, as calculated by reference to the Local Rules and Federal Rule of Civil Procedure 6.

    DATED October 1, 2010.